UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UBALDO HERERRA-HERNANDEZ, | |
| Petitioner, | |
| v. | No. 6:25-CV-090-H |
| PHILLIP VALDEZ, et al., | |
| Respondents. | |

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus and complaint for declaratory and injunctive relief. Dkt. No. 1. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. To the extent the petitioner seeks emergency relief in the form of a temporary restraining order (Dkt. No. 1-2), he must move for such relief in a separate motion.

Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ and—if appropriately filed—motion for a temporary restraining order should not be granted by no later than December 1, 2025.[1] The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than December 15, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on November 11, 2025, a notice addressing whether the government will commit not to

---

[1] Normally, the 20-day deadline would fall on November 30, 2025. But because November 30 is a Sunday, the deadline is extended to December 1. *See* Fed. R. Civ. P. 6(a)(1)(C).

remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition and its attachments (Dkt. No. 1), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on November 10, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on November 10, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE