UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UBALDO HERERRA-HERNANDEZ, | |
|     Petitioner, | |
| v. | No. 6:25-CV-090-H |
| PHILLIP VALDEZ, et al., | |
|     Respondents. | |

## ORDER

Before the Court is Ubaldo Hererra-Hernandez's petition for a writ of habeas corpus. Dkt. No. 1. In the petition and reply, Hererra-Hernandez addresses two points. First, he notes that the cutoff date relating to his Form I-130 visa petition is approaching within a matter of months. *Id.* ¶ 26. Second, he notes the conflict between his original Notice to Appear (NTA) and supplemental NTA: one which charged him with being in the United States without admission, and the other charging him with being an admitted alien subject to removal. *Compare* Dkt. No. 10 at 8, *with id.* at 17.

The Court therefore orders the respondents to address the following: (1) the impact, if any, of Hererra-Hernandez's Form I-130; (2) the impact, if any, of Hererra-Hernandez's detention past the priority date; (3) Hererra-Hernandez's request that he not be removed pending the resolution of his visa application or, in the alternative, that his Form I-130 not be revoked in case of removal (Dkt. No. 1 at 8); (4) whether the supplemental NTA is evidence that Hererra-Hernandez is an admitted alien; and (5) if he is an admitted alien, whether he is subject to mandatory detention under Section 1225(b)(2)(A) or another provision. The respondents must file their answer on or before March 3, 2026. Herrera-Hernandez may file a reply on or before March 17, 2026.

So ordered on February 11, 2026.

*(signature)*

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE